**SECOND DIVISION
MILLER, P. J.,
DOYLE, P. J., and REESE, J.**

**NOTICE: Motions for reconsideration must be
*physically received* in our clerk's office within ten
days of the date of decision to be deemed timely filed.
http://www.gaappeals.us/rules**

**March 1, 2019**

# In the Court of Appeals of Georgia

A17A0565. HOECHSTETTER et al. v. PICKENS COUNTY et al.

MILLER, Presiding Judge.

In *Hoechstetter v. Pickens County*, 341 Ga. App. 213 (799 SE2d 352) (2017), we affirmed the denial of summary judgment to the appellants, concluding that they had received sufficient notice of a hearing on a zoning board's decision. In *Hoechstetter v. Pickens County*, 303 Ga. 786 (815 SE2d 50) (2018), the Supreme Court of Georgia reversed our decision. We therefore vacate our decision in *Hoechstetter*, supra, 341 Ga. App. 213, and adopt the judgment of the Supreme Court as the opinion of this Court.

*Judgment reversed. Doyle, P. J., and Reese, J., concur.*